PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jonathan D. Martin                    Cr.: 13-00037-001
                                                        PACTS #: 64947

Name of Sentencing Judicial Officer:    THE HONORABLE STANLEY R. CHESLER
                                        SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/16/2014

Original Offense:   Count One: Distribution of Child Pornography, 18 U.S.C. Section 2252A(a)(2)(A)

Original Sentence: 96 months imprisonment, 60 months supervised release

Special Conditions: Computer Search, Mental Health Treatment, No Contact with Minors, No New Debt/Credit, Polygraph Examination, Employment Requirements/Restrictions, Sex Offender Registration, Self-Employment/Business Disclosure, Computer Monitoring Software, Computer Search for Monitoring Software

Type of Supervision: Supervised Release            Date Supervision Commenced: 01/11/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender was prescribed medicinal marijuana due to back and neck medical issues from which he has been suffering for many years. Under federal law, marijuana is still illegal. Therefore, it is at the discretion of the Court to allow the offender to use marijuana with a prescription. |

U.S. Probation Officer Action:
Due to the offender's documented medical background, he was prescribed medicinal marijuana to assist with the daily pain. We have no objection to legal use of the substance in this case.

Respectfully submitted,

*Leslie M. Vargas*/nm
By: Leslie M. Vargas
    Sr. U.S. Probation Officer
Date: 09/26/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

10/2/19
_____
Date

UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

SUSAN M. SMALLEY, ESQ.
CHIEF U.S. PROBATION OFFICER

SUZANNE GOLDA-MARTINEZ
SUPERVISING U.S. PROBATION OFFICER

ELISA MARTINEZ
SUPERVISING U.S. PROBATION OFFICER

October 2, 2019

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1001
NEWARK, NJ 07102
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

The Honorable Stanley R. Chesler
Senior U.S. District Court Judge
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

RE: **Jonathan Martin**
**Docket No. 13-CR 37-01**

*Report of Offender Under Supervision*

Dear Judge Chesler:

On January 16, 2014, the above referenced was sentenced by Your Honor to a 96-month-term of imprisonment, followed by five years of supervised release, for a distribution of child pornography offense. The following special conditions were ordered: computer monitoring, mental health treatment, restricted contact with minors, polygraph examination, self-employment/ business disclosure, and sex offender registration.

On January 11, 2019, Martin was released from incarceration and commenced his supervision term. Upon his release, he initially resided with his sister in Belleville, New Jersey. Later, he secured his own apartment in that same town. The offender has worked a few jobs, which he felt did not pay well, and is currently employed at Dodge Chrysler as a car salesman. He has been compliant with his conditions of supervision. Monitoring software has been installed on is computer, and he is scheduled for a polygraph next month.

As documented in our Presentence Report, dated November 2013, since the age of 15, Martin has suffered with chronic tension headaches. He has received many different types of treatment to relieve the pain, which did not work. In addition, since 2009, the offender underwent several spine surgeries, and a cervical spinal cord simulator, which also did not provide relief. This was in addition to several failed medications.

In July 2019, his doctor recommended and prescribed to him, medical marijuana. He has provided to the U.S. Probation Office, a copy of the prescription and the identification card. He is prescribed one ounce per 30 days. The offender has reported that it has made a favorable difference in his level of pain.

Attached is a Probation Form 12A, Report of Offender Under Supervision, for Your Honor's review and signature. We have no objections to this prescription due to the offender's medical

history, and positive outcome thus far. However, Your Honor has the authority to make the final decision on this matter, not the U.S. Probation Office.

Should the Court have any questions, please contact the undersigned at (973) 223-0977.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Leslie M. Vargas/nm*

By: Leslie M. Vargas
    Senior U.S. Probation Officer

/lmv